IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL FATAH ELLAWENDY,<br><br>    Plaintiff,<br><br>  v.<br><br>STEVE BENAL; COMMANDER BASS; COMMANDER BIER<br><br>    Defendants. | No. C 19-5475 WHA (PR)<br><br>**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT; REOPENING CASE** |

    Plaintiff, proceeding pro se, filed this action under 42 U.S.C. § 1983 against officials at the Monterey County Jail, where he was formerly incarcerated. Pursuant to the mandate of the United States Court of Appeals (ECF Nos. 15, 17), plaintiff is **GRANTED** leave to file an amended complaint asserting only claims for damages against defendants in their personal capacities.

    Within **28 days** of the date this order is filed, plaintiff shall file an amended complaint in which he cures the deficiencies described above, if he can do so in good faith. The amended complaint must include the caption used in this order and the civil case number C 19-5475 WHA (PR) and the words FIRST AMENDED COMPLAINT on the first page. Because an amended complaint completely replaces the original complaint, plaintiff must include in it all the claims he wishes to present. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). He may not incorporate material from the original complaint by reference. <u>Failure to amend within the designated time and in accordance with this order will result in the dismissal of this case</u>.

    It is the plaintiff's responsibility to prosecute this case. Plaintiff must keep the court informed of any change of address and must comply with the court's orders in a timely fashion.

Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The clerk shall reopen the file.

**IT IS SO ORDERED.**

Dated: March  15 , 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE